No. 11–5674. IN RE SHORT. Petition for writ of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1460. IN RE DUBIN;
No. 10–10383. IN RE SEYMOUR;
No. 11–5368. IN RE THOMAS; and
No. 11–5369. IN RE THOMAS. Petitions for writs of mandamus and/or prohibition denied.

No. 10–11271. IN RE CLARK. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 10–981. NAVAJO NATION *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.;
No. 10–986. PEABODY WESTERN COAL CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.; and
No. 10–1080. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* PEABODY WESTERN COAL CO. ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 610 F. 3d 1070.

No. 10–1026. MOTLEY, WARDEN *v.* YENAWINE. C. A. 6th Cir. Certiorari denied.

No. 10–1047. SALA ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–1106. OWNER-OPERATOR INDEPENDENT DRIVERS ASSN., INC., ET AL. *v.* LANDSTAR SYSTEM, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–1113. OSPINA HERNANDEZ ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 10–1132. STAPLES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–1137. ROCK FOR LIFE-UMBC ET AL. *v.* HRABOWSKI ET AL. C. A. 4th Cir. Certiorari denied.